# Exhibit E

## 2011 Futurewei Employment Agreements

| # | Date | Assignment Provision Similar to Huang's? | Starting Bates |
|---|---|---|---|
| 1 | 1/3/2011 | Yes | HUAWEI_TX_3300991 |
| 2 | 1/3/2011 | Yes | HUAWEI_TX_3300999 |
| 3 | 1/17/2011 | Yes | HUAWEI_TX_3301005 |
| 4 | 3/21/2011 | Yes | HUAWEI_TX_3301015 |
| 5 | 3/21/2011 | Yes | HUAWEI_TX_3301025 |
| 6 | 4/4/2011 | Yes | HUAWEI_TX_3301038 |
| 7 | 4/18/2011 | Yes | HUAWEI_TX_3301048 |
| 8 | 4/25/2011 | Yes | HUAWEI_TX_3301058 |
| 9 | 5/9/2011 | Yes | HUAWEI_TX_3301068 |
| 10 | 5/31/2011 | Yes | HUAWEI_TX_3301079 |
| 11 | 6/20/2011 | Yes | HUAWEI_TX_3301089 |
| 12 | 6/20/2011 | Yes | HUAWEI_TX_3301099 |
| 13 | 7/5/2011 | Yes | HUAWEI_TX_3301109 |
| 14 | 7/11/2011 | Yes | HUAWEI_TX_3301119 |
| 15 | 8/1/2011 | Yes | HUAWEI_TX_3301129 |
| 16 | 8/8/2011 | Yes | HUAWEI_TX_3301139 |
| 17 | 8/15/2011 | Yes | HUAWEI_TX_3301149 |
| 18 | 8/22/2011 | Yes | HUAWEI_TX_3301160 |
| 19 | 9/6/2011 | Yes | HUAWEI_TX_3301170 |
| 20 | 9/26/2011 | Yes | HUAWEI_TX_3301180 |
| 21 | 10/31/2011 | No (Contained reference to Cal. Labor Code) | HUAWEI_TX_3301190 |
| 22 | 11/7/2011 | No (Contained reference to Cal. Labor Code) | HUAWEI_TX_3301202 |
| 23 | 11/7/2011 | No (Contained reference to Cal. Labor Code) | HUAWEI_TX_3301214 |
| 24 | 11/11/2011 | No (Contained reference to Cal. Labor Code) | HUAWEI_TX_3301226 |
| 25 | 11/28/2011 | No (Contained reference to Cal. Labor Code) | HUAWEI_TX_3301238 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, and FUTUREWEI TECHNOLOGIES, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YIREN RONNIE HUANG, an individual, and CNEX LABS, INC., a Delaware Corporation,<br><br>Defendants. | No. 4:17-cv-893 ALM<br><br>Jury Trial Demanded<br><br>**FILED UNDER SEAL** |

## DECLARATION OF JESSE M. COLEMAN

I, Jesse M. Coleman, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a member of the bar of the State of Texas and the United States District Court for the Eastern District of Texas. I am a partner in the law firm Seyfarth Shaw LLP, attorneys for Plaintiffs Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc. ("Plaintiffs") in this action.

2. I have personal knowledge of the facts stated below and with the proceedings in this case.

3. I submit this declaration in support Plaintiffs' response in opposition to Defendants CNEX Labs, Inc.'s and Yiren "Ronnie" Huang's ("Defendants") first motion for summary judgment, related to Plaintiffs' claims for Huang's breaches of this employment agreement with Futurewei.

4. I have reviewed the employment agreements Futurewei entered into in 2011. The chart entitled "2011 Futurewei Employment Agreements" and attached as Exhibit E to Plaintiffs' response reflects the results of that review. Specifically, I have noted whether each employment

agreement contains an assignment clause similar to the one in Huang's employment agreement or one that differs from Huang's by including a notice pursuant to the California Labor Code.

5. Plaintiffs have also produced the 2011 employment agreements for Defendants' review.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of January 2019.

_____
JESSE M. COLEMAN

Harris County, TX