# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO., LTD.**, a Chinese corporation, and **FUTUREWEI TECHNOLOGIES, INC.**, a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**YIREN RONNIE HUANG**, an individual, and **CNEX LABS, INC.**, a Delaware Corporation,<br><br>Defendants. | No. 4:17-cv-893 ALM<br><br>Jury Trial Demanded |

## ORDER

Pending before the Court is Defendants' First Motion for Summary Judgment and/or Summary Adjudication on Plaintiffs' Breach of Contract Claims. After reviewing the relevant pleadings, the Court finds that the motion should be **DENIED**.

**IT IS SO ORDERED.**