# Declaration of Charlie Dong

# Document Filed Entirely Under Seal