IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO., LTD.**, a Chinese corporation, and **FUTUREWEI TECHNOLOGIES, INC.**, a Texas corporation,<br>         Plaintiffs,<br>   v.<br>**YIREN RONNIE HUANG**, an individual, and **CNEX LABS, INC.**, a Delaware Corporation,<br>         Defendants. | No. 4:17-cv-893<br>Judge Mazzant |

# ORDER

Pending before the Court is Plaintiffs' Motion *in Limine* (Dkt. #297). After reviewing the relevant pleadings, and hearing the argument of the Parties regarding Defendants' Motion in Limine, the Court finds as follows:

1. ***Plaintiffs' Motion in Limine No. 1:  Any opinion testimony by any witness who has not been designated as an expert or opinion witness, including Yiren Ronnie Huang.***

   _____ Granted   \_\_\_X\_\_\_ Denied   _____ Agreed

2. ***Plaintiffs' Motion in Limine No. 2:  References to the Chinese government, the Chinese Communist Party, criminal charges or allegations against Plaintiffs, or references that are otherwise designed to portray Plaintiffs as a national security threat through political or other governmental reports, other lawsuits, or media stories.***

   \_\_\_X\_\_\_ Granted   _____ Denied   _____ Agreed

3. ***Plaintiffs' Motion in Limine No. 3:  Portions of rebuttal expert reports that claim that chips are developed in 6 months***.

   \_\_\_X\_\_\_ Granted   _____ Denied   _____ Agreed

4. ***Plaintiffs' Motion in Limine No. 4:  Reference to intellectual property not disclosed in Huang's Employment Agreement or disclosed to Plaintiffs.***

   _____ Granted   \_\_\_X\_\_\_ Denied   _____ Agreed

5.     *Plaintiffs' Motion in Limine No. 5: Alleged trade secrets that CNEX and Huang took no steps to protect.*

       _____ Granted     \_\_\_X\_\_\_ Denied     _____ Agreed

6.     *Plaintiffs' Motion in Limine No. 6: Expert testimony or argument on topics for which Defendants failed to provide an expert report or analysis.*

       _____ Granted     \_\_\_X\_\_\_ Denied     _____ Agreed

7.     *Plaintiffs' Motion in Limine No. 7: Claims and damages relating to lost sales of CNEX chips.*

       _____ Granted     \_\_\_X\_\_\_ Denied     _____ Agreed

8.     *Plaintiffs' Motion in Limine No. 8: All evidence regarding Defendants' allegation that Huawei would have purchased chips from CNEX.*

       _____ Granted     \_\_\_X\_\_\_ Denied     _____ Agreed

9.     *Plaintiffs' Motion in Limine No. 9: Any claims by Defendants of misappropriation of trade secrets based on acts prior to Huang's departure from Futurewei.*

       _____ Granted     \_\_\_X\_\_\_ Denied     _____ Agreed

10.    *Plaintiffs' Motion in Limine No. 10: Any suggestions that Huang's agreement with Futurewei is ambiguous.*

       \_\_\_X\_\_\_ Granted     _____ Denied     _____ Agreed

11.    *Plaintiffs' Motion in Limine No. 11: The filing of any motion in limine and attendant circumstances.*

       _____ Granted     _____ Denied     \_\_\_X\_\_\_ Agreed and mutual

12.    *Plaintiffs' Motion in Limine No. 12: Any suggestion that Plaintiffs have engaged in discovery abuse, litigation misconduct, or other extraneous bad acts.*

       _____ Granted     _____ Denied     \_\_\_X\_\_\_ Agreed and mutual

**13.**  *Plaintiffs' Motion in Limine No. 13:  Any suggestion that testimony in English is superior to testimony in another language.*

_____ Granted        _____ Denied        \_\_\_X\_\_\_ Agreed and mutual

**14.**  *Plaintiffs' Motion in Limine No. 14:  Evidence at trial from a party that is contrary to 30(b)(6) testimony given by that same party in this matter.*

_____ Granted        \_\_\_X\_\_\_ Denied        _____ Agreed

**15.**  *Plaintiffs' Motion in Limine No. 15:  Plaintiffs' size, wealth, total profits, or total revenues.*

\_\_\_X\_\_\_ Granted        _____ Denied        _____ Agreed

**16.**  *Plaintiffs' Motion in Limine No. 16:  Lay testimony or documentary evidence on matters stricken from Defendants' expert reports.*

Court takes this request under advisement.

**17.**  *Plaintiffs' Motion in Limine No. 17:  Disparagement or unnecessary commentary regarding the nationality or place of residence of a party or witness.*

\_\_\_X\_\_\_ Granted and mutual        _____ Denied        _____ Agreed

**18.**  *Plaintiffs' Motion in Limine No. 18:  Any reference or suggestion that complying with the laws or customs of a particular nation in which a party is doing business is improper or justifies conduct on the part of another party that would itself be wrongful.*

\_\_\_X\_\_\_ Granted as to laws        \_\_\_X\_\_\_ Denied as to customs        _____ Agreed

**19.**  *Plaintiffs' Motion in Limine No. 19:  Any settlement agreements, offers, negotiations, or the lack thereof.*

\_\_\_X\_\_\_ Granted        _____ Denied        _____ Agreed

**20.**  *Plaintiffs' Motion in Limine No. 20:  Lawsuits against others or lack of lawsuits against others.*

\_\_\_X\_\_\_ Granted but doesn't prevent testiomony regarding experts that have testified in other matters

**21.**  *Plaintiffs' Motion in Limine No. 21:  The legal or financial consequences of a finding against Defendants or any awarded remedy, including consequences for CNEX, its employees, and/or its customers*

\_\_\_X\_\_\_ Granted and mutual        _____ Denied        _____ Agreed

**22.** *Plaintiffs' Motion in Limine No. 22: Unpleaded claims or defenses.*

_____ Granted _____ Denied ___X___ Agreed and mutual

**23.** *Plaintiffs' Motion in Limine No. 23: Claims that have been dismissed.*

_____ Granted _____ Denied ___X___ Agreed and mutual

**IT IS SO ORDERED.**

**SIGNED this 3rd day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE