# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** June 4, 2019

| **DISTRICT JUDGE** <br> Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham <br> **COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD, <br> FUTUREWEI TECHNOLOGIES, INC., <br><br> v. <br><br> YIREN RONNIE HUANG AND <br> CNEX LABS, INC. | 4:17-CV-893 - ALM |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Clyde Siebman, Beth Forrest, Michael Wexler, Jesse Coleman, Andrew Boutros, Chris Robertson, and Frank Effenberger | Deron Dacus, Eugene Mar, Bryan Kohm, Jeff Fisher, Ryan Tyz, George Speckart, Ronnie Huang (Dft), Alan Armstrong (CEO CNEX Labs), |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 2 |
|---|---|
| 9:01 a.m. | Court is in session. Court notes appearance of counsel and the parties. Court provides preliminary instructions to the jury. |
| 9:13 a.m. | Plaintiff's counsel, Michael Wexler begins opening statement. |
| 10:17 a.m. | Court recess for 15 minutes. |
| 10:36 a.m. | Court re-convenes. Jury seated. |
| 10:37 a.m. | Defendant CNEX's cousel, Deron Dacus begins opening statement. |
| 11:22 a.m. | Defendant Ronnie Huang's counsel, Ryan Tyz begins opening statement. |
| 11:49 a.m. | Jury excused. |
| 11:49 a.m. | Court hears from Plaintiff regarding 3,000 pages of records and excerpts; no agreement. Defense objections and wants entirety rather than excerpts. |

| TIME: | MINUTES: Jury Trial Day 2 |
|---|---|
| 11:52 a.m. | Court adjourned.  Court will re-convene at 1:05 p.m. |
| 1:05 p.m. | Court re-convenes. Jury seated. |
| 1:06 p.m. | Plaintiff's counsel, Jesse Coleman calls Yiren "Ronnie" Huang.  Witness placed under oath. Defense counsel invokes the rule. Court asks the attorneys to excuse those from the rule (minus experts or representatives). |
| 1:10 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 107. |
| 1:15 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 5. |
| 1:18 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 178 (18-23). |
| 1:20 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 194 (pg. 2). |
| 1:27 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 142 (8-16) |
| 1:32 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang deposition page 25 (14-20) and deposition 26 (7-20), and deposition 28 (4-7) |
| 1:42 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 113. |
| 1:47 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 965. |
| 2:05 p.m. | Court recess for 10 minutes. |
| 2:18 p.m. | Court re-convenes. |
| 2:22 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 23. |
| 2:39 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 106. |
| 2:44 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 107. |
| 2:47 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 916. |
| 2:48 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 817. |
| 2:57 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 718. |

CASE NO.  4:17-CV-893          DATE:   6/4/2019
PAGE 3  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 2 |
|---|---|
| 3:01 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 104. |
| 3;09 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 149. |
| 3:10 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 1063. |
| 3:15 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 10, 11, 38, 308, 309, 310, 311, 313, 656 and Defendant CNEX's Exhibits 111, 118, 119, 120, 121, 212, and 388. |
| 3:40 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 345. |
| 3:46 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 47. |
| 3:50 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 351. |
| 3:57 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 59. |
| 4:00 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 61. |
| 4:05 p.m. | Court recess for 15 minutes. |
| 4:21 p.m. | Court re-convenes. Jury seated.  Plaintiff's counsel, Jesse Coleman continues direct examination of Yiren "Ronnie" Huang. |
| 4:23 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 345. |
| 4:29 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 70. |
| 4:29 p.m. | Bench conference. |
| 4:31 p.m. | Plaintiff's Exhibit 70 offered. Defendant CNEX's counsel, Ryan Tyz objects. Court overrules objection and conditionally admits Exhibit 70 until further ruling. |
| 4:33 p.m. | Plaintiff's counsel, Jesse Coleman shows witness Yiren "Ronnie" Huang. Defendant CNEX's counsel, Ryan Tyz objects. |
| 4:33 p.m. | Bench conference. |

CASE NO.  4:17-CV-893          DATE:   6/4/2019
PAGE 4  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 2 |
|---|---|
| 4:34 p.m. | Court overrules the objection. Plaintiff's Exhibit 18 is offered.  Court conditionally admits Plaintiff's Exhibit 18. |
| 4:38 p.m. | Plaintiff's counsel, Jesse Coleman offers Plaintiff's Exhibit 69. Defendant CNEX's counsel, Ryan Tyz objection.  Court overrules the objection and conditionally admits Exhibit 69. |
| 4:41 p.m. | Plaintiff's counsel, Jesse Coleman offers Plaintiff's Exhibit 17. Defendant CNEX's counsel, Ryan Tyz objection.  Court overrules the objection and Exhibit 17 admitted. |
| 4:50 p.m. | Plaintiff's counsel, Jessel Coleman shows witness Yiren "Ronnie" Huang Plaintiff's Exhibit 406. |
| 5:00 p.m. | Jury released. |
| 5:03 p.m. | Parties discuss issues. |
| 5:09 p.m. | Plaintiff's counsel, Jesse Coleman moves for the admission of Plaintiff's Exhibit 1585.  Defense objection to late disclosure. Court will take under advisement and will advise the Parties in the morning. |
| 5:10 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk