# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** June 19, 2019

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |

| HUAWEI TECHNOLOGIES CO., LTD, FUTUREWEI TECHNOLOGIES, INC., <br><br> v. <br><br> YIREN RONNIE HUANG AND CNEX LABS, INC. | 4:17-CV-893 - ALM |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Clyde Siebman, Beth Forrest, Michael Wexler, Jesse Coleman, Andrew Boutros, Chris Robertson, and Frank Effenberger | Deron Dacus, Eugene Mar, Bryan Kohm, Jeff Fisher, Ryan Tyz, George Speckart, Ronnie Huang (Dft), Alan Armstrong (CEO CNEX Labs), |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 11 |
|---|---|
| 8:19 a.m. | Court is in session. Court notes appearance of counsel and the parties. Court hears issues from the Parties regarding witness disclosure. |
| 8:45 a.m. | Jury seated. |
| 8:47 a.m. | Defendant CNEX's counsel, Jeffrey Fisher continues with direct examination of Dr. Alan Armstrong. Witness is reminded he is still under oath. |
| 8:55 a.m. | Defendant CNEX's counsel, Jeffrey Fisher moves to admit Defendant's Exhibit 245. No objection. Defendant's Exhibit 245 admitted. |
| 8:59 a.m. | Defendant CNEX's counsel, Jeffrey Fisher moves to admit Defendant's Exhibit 244. No objection. Defendant's Exhibit 244 admitted. |
| 9:07 a.m. | Plaintiffs' counsel, Michael Wexler begins cross examination of Dr. Alan Armstrong. Counsel refers witness to Defendant's Exhibit 244. |
| 9:19 a.m. | [Transcript and audio portion is sealed] |
| 9:32 a.m. | [Transcript and audio portion is unsealed] |
| 9:32 am. | Plaintiffs' counsel, Michael Wexler refers witness to Defendants' Exhibit 316 and 234. |
| 9:55 a.m. | [Transcript and audio portion is sealed] |

CASE NO.  4:17-CV-893          DATE:   6/19/2019
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 11 |
|---|---|
| 9:55 a.m. | Plaintiffs' counsel, Michael Wexler refers witness to Defendants' Exhibit 234 and 316 comparison. |
| 10:24 a.m. | [Transcript and audio portion is unsealed] |
| 10:24 a.m. | Plaintiffs' counsel, Michael Wexler offers Plaintiffs' Exhibit 151. No objection. Plaintiffs' Exhibit 151 admitted. |
| 10:31 a.m. | Jury excused. |
| 10:32 a.m. | Court recess for 15 minutes. |
| 10:47 a.m. | Jury seated. |
| 10:49 a.m. | Plaintiffs' counsel, Michael Wexler continues cross examination of Dr. Alan Armstrong. |
| 11:41 a.m. | Bench conference. |
| 11:44 a.m. | Plaintiffs' counsel, Michael Wexler continues cross examination of Dr. Alan Armstrong. |
| 12:02 p.m. | Judge addresses the jury regarding time constraints and possible Saturday court. |
| 12:03 p.m. | Jury excused. |
| 12:03 p.m. | Court hears issues from Parties regarding jury instructions. |
| 12:11 p.m. | Court recess for lunch. |
| 1:16 p.m. | Jury seated. |
| 1:17 p.m. | Plaintiffs' counsel, Michael Wexler continues cross examination of Dr. Alan Armstrong. |
| 1:18 p.m. | Pass the witness.  Defendants' counsel, Jeffrey Fisher begins re-direct examination of Dr. Alan Armstrong. |
| 1:45 p.m. | Pass the witness. Jury questions of the witness.  Bench conference regarding questions. |
| 1:46 p.m. | Jury questions to witness. |
| 1:48 p.m. | Plaintiffs' counsel, Michael Wexler follow up question of Dr. Alan Armstrong. |
| 1:48 p.m. | Defendants' counsel, Eugene Marr calls Jiancen Hou by videotape deposition which includes both parties designations.  Video begins. |
| 2:10 p.m. | Video stopped. Bench conference. |
| 2:14 p.m. | Video resumes. |
| 3:48 p.m. | Video stopped. Bench conference. |
| 3:51 p.m. | Video resumes. |

| TIME: | MINUTES: Jury Trial Day 11 |
|---|---|
| 4:00 p.m. | Video concludes |
| 4:01 p.m. | Defendants' counsel, Eugene Marr calls offers Defendants' Exhibits 156, 160, 163, 165, 167, 301, 314 offered through the videotaped deposition. No objection. Defendants' Exhibits 156, 160, 163, 165, 167, 301, 314 are admitted. |
| 4:01 p.m. | Jury excused. |
| 4:02 p.m. | Court recess for 15 minutes. |
| 4:20 p.m. | Jury seated. |
| 4:21 p.m. | Defendants' counsel, Eugene Marr calls Joe DeFranco. Witness placed under oath. Defendants' counsel, Eugene Marr begins direct examination. |
| 4:36 p.m. | Defendants' counsel, Eugene Marr shows witness Defendants' Exhibit 57. |
| 4:41 p.m. | Defendants' counsel, Eugene Marr shows witness Plaintiffs' Exhibit 406. |
| 4:49 p.m. | Defendants' counsel, Eugene Marr calls offers Defendants' Exhibit 327.  No objection. Defendants' Exhibit 327 is admitted. |
| 5:03 p.m. | Defendants' counsel, Eugene Marr calls offers Defendants' Exhibit 232. Objection. Defendants' Exhibit 232 is admitted. |
| 5:17 p.m. | Bench conference. |
| 5:22 p.m. | Defendants' counsel, Eugene Marr continues direct examination of Joe DeFranco. |
| 5:28 p.m. | Defendants' counsel, Eugene Marr calls offers Defendants' Exhibit 1516. No objection. Defendants' Exhibit 1516 is admitted. |
| 5:36 p.m. | Defendants' counsel, Eugene Marr passed the witness. |
| 5:37 p.m. | Plaintiffs' counsel, Andrew Boustros begins cross-examination of Joe DeFranco. |
| 5:53 p.m. | Plaintiffs' counsel, Andrew Boustros moves for the admission of Plaintiffs' Exhibit 266. No objection. Plaintiffs' Exhibit 266 admitted. |
| 6:00 p.m. | Jury released. |
| 6:02 p.m. | Court hears issues from Parties regarding timing of case, listing of witnesses for the next day, deposition designations. |
| 6:06 p.m. | Court hears argument from counsel regarding objections to deposition designations. Court sustains objection to pages 52; pgs 53 - 54 lines 1, 2; overrules objection on pg 54 lines 13-17; sustain objection pg. 55, lines 16-19; overrule lines 20 - 25 and for the content on pg. 56 through line 10; sustain objection pg. 63 -lines 15- 25; overrule 64 lines 19-25; overrules objection on pg. 65 lines 20-25; pg. 66 lines 1-3. |

| TIME: | MINUTES: Jury Trial Day 11 |
|---|---|
| 6:15 p.m. | Court hears argument from parties regarding deposition exhibit 278 -Defendant's Trial Exhibit 288, pages 74 -87.  Parties discuss Deposition Exhibit 279, pages 88-91; and Depo Exhibit 286, pages 167 -187 ; and pages 189-192 . Court will review and will address the issues in the morning. |
| 6:32 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk