# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:**   June 20, 2019

| **DISTRICT JUDGE** | **COURT REPORTER:**   Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:**   D. Jones/T. Scott |

| HUAWEI TECHNOLOGIES CO., LTD, FUTUREWEI TECHNOLOGIES, INC., <br><br> v. <br><br> YIREN RONNIE HUANG AND CNEX LABS, INC. | 4:17-CV-893 - ALM |
|---|---|

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Clyde Siebman, Beth Forrest, Michael Wexler, Jesse Coleman, Andrew Boutros, Chris Robertson, and Frank Effenberger | Deron Dacus, Eugene Marr, Bryan Kohm, Jeff Fisher, Ryan Tyz, George Speckart, Ronnie Huang (Dft), Alan Armstrong (CEO CNEX Labs), Jeffrey Lau |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 12 |
|---|---|
| 8:24 am | Court in session. Court addresses some housekeeping issues and probability of Saturday session. Discussion ensued. |
| 9:22 am | Jury enters courtroom and seated.  Mr. Boutros resumes cross examination of Mr. Defranco. |
| 9:49 am | Boutros presents Exhibit 595 to witness.  Exhibit 595 admitted, excluding pgs. 14,15 |
| 9:58 am | Witness excused, subject to recall. |
| 9:59 am | Jury excused. Court takes 15 minute recess. |
| 10:18 am | Court reconvenes.  Jury enters courtroom and seated. Plaintiff formally rests. Exhibits 18, 69, 70 fully admitted. |
| 10:19 am | Dft. presents witness Jiange Ge by video deposition |
| 10:32 am | Due to technical difficulty, Dft. pauses deposition video to restart computer. |
| 10:35 am | Witness Ge video resumes. |

CASE NO.   4:17-CV-893          DATE:   6/20/2019

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 12 |
|---|---|
| 11:04 am | Witness Ge video concludes. |
| 11:05 am | Dft. Exhibits 1, 175, 179, 180, 277 (under seal) admitted. |
| 11:06 am | Dft. presents witness Wenhua Sun by video deposition. |
| 11:27 am | Witness Sun video concludes. |
| 11:28 am | Bench conference |
| 11:44 am | Exhibit 155 admitted.  Dft. calls witness Nick Zhang, sworn in.   Direct by Mr. Lau. |
| 11:59 am | Jury exits courtroom. |
| 12:07 pm | Court in recess for lunch until 1:15 pm. |
| 1:17 pm | Court in session.  Court states it will have a Saturday session.  Discussion ensued. |
| 1:25 pm | Jury enters courtroom and seated.  Mr. Lau resumes direct of Mr. Zhang. |
| 1:29 pm | Mr. Lau shows Dft. Exhibit 316 to Mr. Zhang. |
| 1:40 pm | Bench conference. |
| 1:50 pm | Direct of Mr. Zhang resumes. |
| 1:52 pm | Dft. Exhibit 1332 shown to Mr. Zhang.  Admitted. |
| 1:59 pm | Dft. Exhibit 1334 shown to Mr. Zhang. Admitted. |
| 2:05 pm | Dft. Exhibit 70 admitted. |
| 2:15 pm | Dft. Exhibit 241 shown to Mr. Zhang. Admitted. |
| 2:20 pm | Dft. Exhibit 1346 shown to Mr. Zhang. Admitted. |
| 2:32 pm | Dft. Exhibit 1435 shown to Mr. Zhang. Admitted. |
| 2:40 pm | Cross examination by Mr. Coleman. |
| 2:46 pm | Plf. Exhibit 643 offered. Admitted. |
| 3:20 pm | Plf. Exhibit 156 offered. Admitted. |
| 3:24 pm | Plf. Exhibit 157 offered. |
| 3:39 pm | Jury exits courtroom. Court takes 15 minute break. |
| 3:57 pm | Court reconvenes. Jury enters courtroom and seated. Exhibit 157 admitted. Mr. Coleman resumes cross of Mr. Zhang. |

CASE NO.   4:17-CV-893          DATE:   6/20/2019
PAGE 3  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Jury Trial Day 12 |
|---|---|
| 3:59 pm | Plf. Exhibit 36 offered. Admitted. |
| 4:02 pm | Plf. Exhibits 34, 35 offered. Admitted. |
| 4:09 pm | [transcript/audio sealed] |
| 4:20 pm | [transcript/audio unsealed] |
| 4:24 pm | Plf. Exhibit 606 offered. Objection. Admitted. |
| 4:34 pm | Mr. Coleman passes the witness. Redirect by Mr. Lau. |
| 4:42 pm | Dft. Exhibit 328 offered. Objection. Admitted. |
| 4:55 pm | Mr. Lau passes the witness. Recross by Mr. Coleman. |
| 4:56 pm | Witness fully excused. |
| 4:57 pm | Mr. Mar calls witness Keji Huang by video deposition. |
| 5:59 pm | Witness Keji Huang's video deposition paused for the day. |
| 5:59 pm | Jury exits the courtroom. |
| 6:01 pm | Nothing further from the Parties.  Proceedings adjourned for the day. |
|  |  |
|  |  |

DAVID O'TOOLE, CLERK

BY:   _D. Jones/T. Scott_
Courtroom Deputy Clerk