# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. | § | |
| and FUTUREWEI TECHNOLOGIES, | § | |
| INC., | § | |
| | § | Civil Action No. 4:17-CV-893 |
| v. | § | Judge Mazzant |
| | § | |
| YIREN RONNIE HUANG, and CNEX | § | |
| LABS, INC. | § | |

### JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues have been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiffs take nothing and that Plaintiffs' case against Defendants is **DISMISSED WITH PREJUDICE.**

It is **ORDERED** and **ADJUDGED** that Defendants take nothing and that Defendants' case against Plaintiffs is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that each party bear its own costs.

All pending motions are **DENIED**, and all relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 27th day of June, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE