**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, and FUTUREWEI TECHNOLOGIES, INC., a Texas corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>YIREN RONNIE HUANG, an individual, and CNEX LABS, INC., a Delaware corporation,<br><br>     Defendants. | The Honorable Amos L. Mazzant, III<br><br>Civil Action No. 4:17-cv-00893-ALM |

**ORDER DENYING DEFENDANT CNEX LABS, INC.'S MOTION TO STAY THE OBLIGATIONS OF PARAGRAPH 28 OF THE PROTECTIVE ORDER**

  Before the Court is Defendant CNEX Labs, Inc.'s Motion to Stay the Obligations of Paragraph 28 of the Protective Order (Dkt. #586). After consideration of the motion, the Court finds that there is not good cause to modify the Protective Order.

  It is therefore **ORDERED** that Defendant CNEX Labs, Inc.'s Motion to Stay the Obligations of Paragraph 28 of the Protective Order (Dkt. #586) is **DENIED**.

  **SIGNED this 4th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE